IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JAMES J. NAPLES,**
as assignee of Pinewood Enterprises, L.C.                                    **APPELLANT**

v.                            Case No. 4:13-cv-00667-KGB

**RENEE WILLIAMS, Living Hope Southwest**
**Medical Services, Svcs, LLC, Trustee; and**
**MICHAEL E. COLLINS, Living Hope Southeast,**
**LLC, Chapter 11 Trustee**                                                           **APPELLEES**

## ORDER

Appellant James J. Naples has filed notice (Dkt. No. 3) that this case is related to case number 4:13-cv-00499-DPM and 4:13-cv-00547-DPM, both of which are pending before Judge D.P. Marshall. Mr. Naples requests that this case be transferred to Judge Marshall and consolidated with the two cited cases. Appellee Nancy J. Gargula, United States Trustee for Region 13 (the "U.S. Trustee"), filed a response (Dkt. No. 10). The U.S. Trustee does not oppose transferring the case to Judge Marshall but does oppose consolidating this case with the two cited cases. Therefore, pursuant to General Order 39, the clerk's office is directed to reassign this case to Judge Marshall. The Court directs, however, that Mr. Naples's motion not be termed so that Judge Marshall may consider his request to consolidate.

SO ORDERED this 10th day of December, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE